**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**AMPARO MATA and**
**ROBERT MATA,**
**as parents of M.M., a minor child,**

    Plaintiffs,

vs.                                                **No. 12-cv-0136 MCA/SMV**

**BOARD OF EDUCATION OF**
**LAS CRUCES PUBLIC SCHOOLS,**

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed February 13, 2012 [Doc. 10], the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order, filed April 12, 2012 [Doc. 14].

                                                        _____
                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**