IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMPARO and ROBERT MATA
as parents of M.M., a minor child,

    Plaintiffs,

v.                                              No. 12-cv-0136 MCA/SMV

BOARD OF EDUCATION OF LAS CRUCES
PUBLIC SCHOOLS,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE

THIS MATTER is before the Court upon Defendant's Unopposed Motion to Extend Deadline to File Pre-Trial Motions Other Than as to Discovery [Doc. 39]. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the deadline for parties to file pretrial motions, other than as to discovery, is extended until **October 16, 2012**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**