IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMPARO and ROBERT MATA

    Plaintiffs,

v.                                                                                            No. 12-cv-0136 MCA/SMV

BD. OF EDUC. OF LAS CRUCES PUB. SCH.,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        Thursday, May 23, 2013, at 1:30 p.m.

**Matter to be heard**:   Scheduling a settlement conference

**IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Thursday, May 23, 2013, at 1:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.