IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMPARO MATA and ROBERT MATA,

    Plaintiffs,

v.                                            No. 12-cv-0136 MCA/SMV

BD. OF EDUC. OF LAS CRUCES PUB. SCH.,

    Defendant.

### ORDER SETTING SECOND SETTLEMENT CONFERENCE

THIS MATTER is before the Court at the request of the presiding judge. To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure. The conference will be held on **Thursday, June 20, 2012 at 1:30 p.m.** in the Cimarron Courtroom on the fifth floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person.

By no later than **12:00 p.m., noon, on June 13, 2013**, each party must provide the Court, in confidence, a concise position statement (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case. The position statement should also provide a brief summary of any significant events that have occurred since the first settlement conference (i.e., new facts disclosed through discovery, rulings on substantive motions, etc.) and explain

how such events have changed counsel's evaluation of the case, if applicable. Position statements should be submitted by electronic mail to **VidmarChambers@nmcourt.fed.us**.

Furthermore, if any party has in its possession any video or audio recordings of the incident on which this action is based, that party must submit a copy of the recording to the Court no later than **June 13, 2013**.

The settlement conference may not be vacated or rescheduled except upon motion by the party or parties seeking to reschedule for good cause shown. Any motion to vacate or reschedule the settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**