IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMPARO and ROBERT MATA,

    Plaintiffs,

v.                                                   No. 12-cv-0136 MCA-SMV

BD. OF EDUC. OF LAS CRUCES PUB. SCH.,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE CLOSING DOCUMENTS**

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to File Closing Documents [Doc. 69]. Plaintiffs request that the Court extend the time in which they may file closing documents from July 22, 2013, to July 26, 2013. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Unopposed Motion for Extension of Time to File Closing Documents [Doc. 69] is **GRANTED**. Parties shall have until **July 26, 2013**, to file closing documents.

**IT IS SO ORDERED.**

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**